IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAQWELA JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-01333-N |
| CONN APPLIANCES, INC., | § § § | |
| Defendant. | § | |

# ORDER

This Order addresses Plaintiff Shaqwela Johnson and Defendant Conn Appliances, Inc.'s stipulation to arbitration [9]. The parties advise the Court that Johnson's claims are subject to binding arbitration. The parties ask the Court to order this action to arbitration and stay the proceedings pending completion of arbitration. The Court grants the request in part and denies it in part. The Court orders this action to arbitration. The Court declines to stay the case and instead dismisses the action without prejudice.

Signed August 15, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE